Jeffrey WARD, Relator,

v.

CITY OF ST. LOUIS PARK, and Self-Insured/Sedgwick Claims Mgmt Services, Respondents,

and

Anesthesiology, P. A., North Memorial Hospital, and Medica Health Plan, Intervenors.

No. A06–18.

Supreme Court of Minnesota.

March 28, 2006.

## ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed December 7, 2005, be, and the same is, affirmed without opinion. *See Hoff v. Kempton,* 317 N.W.2d 361, 366 (Minn.1982) (summary dispositions have no precedential value because they do not commit the court to any particular point of view, doing no more than establishing the law of the case).

BY THE COURT:

/s/Lorie S. Gildea
Associate Justice

Henry L. WILSON, Respondent,

v.

SCANLAN INTERNATIONAL, INC., and State Fund Mutual Ins. Co., Relators,

and

HealthPartners, Fairview Health Services, Allina Hospitals & Clinic/United Hospital, St. Paul Radiology, Neurological Associates, and University of Minnesota Physicians, Intervenors.

No. A06–23.

Supreme Court of Minnesota.

March 28, 2006.

## ORDER

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed December 9, 2005, be, and the same is, affirmed without opinion. *See Hoff v. Kempton,* 317 N.W.2d 361, 366 (Minn.1982) (summary affirmances have no precedential value because they do not commit the court to any particular point of. view, doing no more than establishing the law of the case).

Employee is awarded $1,200 in attorney fees.

BY THE COURT:

/s/ G. Barry Anderson
Associate Justice

GILDEA, J., took no part in the consideration or decision of this case.